UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:09-PT-37

v.

HON. ROBERT HOLMES BELL

TOMMIE DONTRELL BROWN,

    Defendant.
_____/

## ORDER CONDITIONALLY ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation will be conditionally adopted by this Court pending the time period for filing objections to the report.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the defendant's terms and conditions of supervised release are amended to include:

> The defendant shall be placed on electronic monitoring for a period of three (3) months, as arranged by the probation officer. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advanced by the probation officer. If directed, the defendant shall maintain a telephone at his place of residence without any call forwarding, caller ID, call waiting, modems, answering machines, cordless telephones or other special services for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the probation department and shall pay the cost of electronic monitoring as directed by the probation officer.

DATED: August 16, 2010          /s/ Robert Holmes Bell
                                               ROBERT HOLMES BELL
                                               UNITED STATES DISTRICT JUDGE